

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2008R01606                          *271 Cadman Plaza East*
                                       *Brooklyn, New York 11201*

February 18, 2009

By ECF and Mail

Probation Officer Frank Marcigliano
United States Probation Department
147 Pierrepont Plaza
Brooklyn, New York 11241

        Re:  United States v. Pontillo
             Criminal Docket No. 08-709 (ILG)

Dear Probation Officer Marcigliano:

        The government has reviewed the pre-sentence
investigation report ("PSR") prepared by the United States
Probation Department regarding the defendant Pontillo.  Contrary
to the findings set forth in the report, the defendant pled
guilty pursuant to a plea agreement.  (PSR at 3).  This plea
agreement was provided to you on November 20, 2008.

                         Respectfully submitted,

                         BENTON J. CAMPBELL
                         United States Attorney

                 By:     _____/s_____
                         Nicole M. Argentieri
                         Assistant United States Attorney
                         (718) 254-6232

cc:  George Farkas, Esq. (by ECF)
     Clerk of Court (ILG) (by ECF)